Memorandum Decisions.

F. F. Wideman, G. C. Bradley, Sarah F. Bradley, W. T. Bradley, W. P. Addison and Thomas P. Thompson, Plaintiffs in Error, vs. J. H. Jones, Defendant in Error.

Writ of error to Circuit Court, Alachua county; H. G. Mason, Referee.

S. Y. Finley, for Plaintiffs in Error.

Evans Haile and Fred T. Myers, for Defendant in Error.

This action was brought by the defendant in error against the plaintiffs in error. There was judgment for the plaintiff, and the defendants take writ of error.

Writ of error dismissed on motion of counsel for defendant in error.